TRULINCS 84139054 - CALDERON, NELSON - Unit: OTV-F-B

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (White Plains)

Nelson Calderon,
    Defendant,

V.                            CR Case # 10-cr-00392-23(CS)

UNITED STATES of AMERICA,
    Respondent,

### MOTION FOR TWO POINT REDUCTION - AMENDMENT 821

HERE COMES defendant, Nelson Calderon, and hereby states he was sentenced to a term of 240 months on count two and 288 months on count forty two to be served concurrently. Additionally, defendant received two points enhancement for while on supervised release.

It is to the defendant's understanding he is eligible for a two point reduction under the retroactive application of Amendment 821.

Dated: 8-16-2025                Respectfully submitted,

                                            /s/ Nelson Calderon

---

Mr. Calderon accrued seven criminal history points from his prior convictions, and was assessed two more for committing his offenses while on supervision. His total of nine criminal history points put him in criminal history category ("CHC") IV. Under the amended Guideline, he would receive only one extra criminal history point. See U.S.S.G. 4A1.1(e) (assessing one criminal history point if the defendant has seven or more points and committed the instant offenses while under supervision). His total points would be eight and he would still be in CHC IV, which applies to offenders with seven, eight or nine points. Even if Mr. Calderon was assessed no points for committing his crime under supervision, he would have seven points and still be in CHC IV. Under U.S.S.G. 1B1.10(a)(2)(B), a reduction is not authorized if the amendment does not have the effect of lowering the defendant's applicable guideline range. That is the case here, because the CHC remains IV and the range remains life. Accordingly, Mr. Calderon is not eligible for a sentence reduction and the application is denied. The Clerk of Court is respectfully directed to send a copy of this endorsement to Mr. Calderon and to terminate ECF No. 1367.

SO ORDERED.

*Cathy Seibel*      9/23/25
CATHY SEIBEL, U.S.D.J.



RECEIVED AUG 21 2025 U.S.D.C. W.P.

TRULINCS 84139054 - CALDERON, NELSON - Unit: OTV-F-B

---

CERTIFICATE OF SERVICE

I, Nelson Calderon, hereby state that a true and correct copy of the forgoing:

MOTION FOR APPOINTMENT OF COUNSELOR; and

MOTION FOR TWO POINTS REDUCTION - AMENDMENT 821;

was forward to:

Clerk of the Court
300 Quarropas Street
White Plains, NY 10601

Dated: 8-16-2025                Respectfully submitted,

                                *[signature]*

TRULINCS 84139054 - CALDERON, NELSON - Unit: OTV-F-B

--------------------------------------------------------------------------------

UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK (White Plains)

Nelson Calderon,
    Defendant,

V.                               Cr Case # 10-cr-00392-23(CS)

UNITED STATES of AMERICA,
    Respondants,

## MOTION FOR APPOINTMENT OF COUNSELOR

The defendant hereby request appointment of counselor to further develope the facts for,

MOTIONFOR TWO POINTS REDUCTION - AMENDMENT 821.

Dated: 9-16-2025                Respectfully submitted,

                                            */s/ Nelson Calderon*

NELSON CALDERON reg# 84139-054
FEDERAL CORRECTIONAL INSTITUTION
P O BOX 1000
OTISVILLE, NY 10963

LEGAL MAIL

CLERK of the Court
300 Quarropas Street
WHITE PLAINS, NY 10601

RECEIVED
AUG 21 2025
U.S.D.C.
W.P.